UNITED STATES of America,
Plaintiff–Appellee,

v.

Oracin Watson FILSAIME,
Defendant–Appellant.

No. 09–15648
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 24, 2010.

Donna Lee Elm, Leonard Evans Clark, Office of the Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/MFL, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Oracin W. Filsaime, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Filsaime's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**